IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-5047

SCOTT WEBB, JANICE
WILLIAMSON, and T. W. (a
Minor Child),

      Appellants,

v.

BAXTER'S REALTY, INC., a
Florida Corporation, d/b/a EL
GOVERNOR MOTEL,

      Appellee.

_____/

Opinion filed July 12, 2017.

An appeal from an order of the Circuit Court for Bay County.
Hentz McClellan, Judge.

William R. Waters, Jr. and Erica Caitlin Dlubala of Waters & Associates, P.A.,
Tallahassee and Scott A. Mager and Elizabeth O. Hueber of Mager Paruas, LLC,
Hollywood, for Appellants.

Daniel J. Santaniello, Edgardo Ferreyra, Jr., and James P. Waczewski of the Law
Firm of Luks, Santaniello, Petrillo & Jones, Tallahassee, for Appellee.

PER CURIAM.

      AFFIRMED.

WOLF and ROWE, JJ., and GRIFFIS III, STANLEY H., ASSOCIATE JUDGE,
CONCUR.